Ottawa Banking & Trust Company of Ottawa, Illinois, appellee, v. Anna N. Kendall, appellant. Gen. No. 7,565.

Action upon promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Bureau county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed July 24, 1926.

Samuel B. Hill, James J. Conway and Josef Skinner, for appellant. C. A. Trimble and C. B. Chapman, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Benjamin J. Barrett et al., plaintiffs in error. Gen. No. 7,608.

Prosecution for conspiracy, to obtain money by false pretenses and the confidence game. Judgment of conviction. Error to the Circuit Court of Lake county; the Hon. C. C. Edwards, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed July 28, 1926.

James G. Welch and James J. O'Toole, for plaintiffs in error. Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Frank Ewanicki, by Frank F. Follett, appellant, v. James C. Davis, appellee. Gen. No. 7,577.

Action for personal injury. Judgment for defendant. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed August 3, 1926. Rehearing denied October 7, 1926.

Butters & Butters and Howard H. Bayne, for appellant. Boys & Osborn, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Nora B. Prunk, appellant, v. George W. Prunk, appellee. Gen. No. 7,575.

Bill for separate maintenance. Decree for complainant, who appeals from amount of award. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded with directions. Opinion filed August 26, 1926.

J. L. Spaulding, for appellant. Cairo A. Trimble and Perry D. Trimble, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Eugene O'Brien, appellant, v. R. P. Miner & Company, Inc., appellee. Gen. No. 7,586.

Action to determine ownership of proceeds of sale of wheat. Judgment for defendant. Appeal from the Circuit Court of Knox county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed August 26, 1926.

L. F. O'Brien and Leo P. Baird, for appellant. L. H. Hanna, for appellee.

Mr. Justice Jones delivered the opinion of the court.